# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DARYL CORNELL**                                                                 **PLAINTIFF**

v.                                                        Civil No. 1:12-cv-383-HSO-RHW

**GRG INTERNATIONAL, LTD.**                                                       **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on Defendant GRG International, Ltd.'s Motion [19] to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(7). The Court, having considered the Motion, its respective opposition and rebuttal briefs, the record, and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 31st day of January, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE